**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7112**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

TARIK COEFIELD,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:93-cr-00339-LMB-1)

Submitted: September 25, 2014     Decided: September 30, 2014

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tarik Coefield, Appellant Pro Se. Gene Rossi, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tarik Coefield seeks to appeal the district court's order denying his motion to appoint counsel to aid him in filing a second or successive motion under 28 U.S.C. § 2255 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Coefield, No. 1:93-cr-00339-LMB-1 (E.D. Va. July 10, 2014). We deny Coefield's motion to extend time to explain why counsel should be appointed. We also dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED